IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LELA MARIAMA B. TRAMEL, ) | |
| AIS # 260392 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-CV-12-WKW |
| ) | |
| BRIAN WILSON, *et al.*, ) | [WO] |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 18, 2015, the Magistrate Judge filed a Recommendation in this case to which no objections have been filed. (Doc. # 170).[1] Upon an independent review of the file in this case, it is ORDERED that:

(1) The Recommendation (Doc. # 170) is ADOPTED;

(2) Plaintiff's claims against Brian Wilson are DISMISSED without prejudice;

(3) Plaintiff's claims against Dr. Roe are DISMISSED with prejudice;

(4) The motion for summary judgment filed by CMS, Corizon, and Hugh Hood is GRANTED;

---

[1] Plaintiff requested an extension of time to respond to the Recommendation, and an extension was granted to and including March 20, 2015, but Plaintiff subsequently moved for dismissal of her case, suggesting that she would not be filing objections. (*See* Docs. # 171, 173.)

(5)     The motion for summary judgment filed by Karla Jones and Samuel Foster with respect to Plaintiff's claims for monetary damages against them in their official capacities is GRANTED;

(6)     The motion for summary judgment filed by Karla Jones regarding all claims against this defendant in the remaining aspects of her official capacity and in all aspects of her individual capacity is GRANTED; and

(7)     The motion for summary judgment filed by Samuel Foster with respect to Plaintiff's claim of excessive force against him in his official capacity seeking relief other than monetary damages and in all aspects of his individual capacity is DENIED.

The court will enter further appropriate orders.

DONE this 18th day of March, 2015.

                                                /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE